UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                      09-cr-381-8 (PKC)

        -against-                                                 ORDER

Ronnell Garmie,

                                  Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The vosr hearing scheduled for October 28, 2020 at 2:00 p.m. will proceed telephonically. The call-in information for this teleconference is: Dial-in: (888) 363-4749, Access Code: 3667981.

        SO ORDERED.

                                                          P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
       October 6, 2020