UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                   :

UNITED STATES OF AMERICA,            :

            -v.-                           :         09-cr-381 (PKC)

RONNELL GARMIE,                   :         ORDER

                Defendant.             :
-----------------------------------------------------------------------X

CASTEL, U.S.D.J.

       The conference of November 23, 2020 will proceed telephonically. The conference will commence at 2 p.m. The dial-in information is as follows:

       Phone Number:       888-363-4749

       Access Code:        3667981

Members of the press and public may access this proceeding with the same information but will not be permitted to speak.

       SO ORDERED.

                                                P. Kevin Castel
                                                United States District Judge

Dated: November 19, 2020
         New York, New York